UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:08-cr-0224 |
| v. | ) | Judge Haynes |
| | ) | |
| TYRONE EUGENE DUNLAP | ) | |

*[handwritten: ORDER, This motion is GRANTED ... 8-8-13]*

## UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

The United States, with the concurrence of the defendant and the United States Probation Office, respectfully moves the Court to continue the supervised release revocation hearing in this matter until after October 15, 2013.

The defendant appeared on a summons regarding a petition to revoke supervised release, and this Court has scheduled a hearing on that petition for August 19, 2013. The petition is based upon Mr. Dunlap's arrest for various offenses, including possession of crack cocaine. Those charges were originally set to be heard in state court on August 7, 2013, but have now been continued until October 15, 2013.

The government requests this Court to continue the supervised release revocation hearing until after Mr. Dunlap's case has been heard in state court. His attorney, Ronald Small, and United States Probation Officer Kimberly Haney have both been consulted and have no objection to the Court granting this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: */s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151